NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
mark.woolf@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Diane M. Seisdedos,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>United States of America, et al.,<br><br>　　　　　Defendants. | Case No.: 2:19-cv-1503-JAD-DJA<br><br>Stipulation and Order Dismissing Action  [ECF No. 5] |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to dismiss this action with each party to bear their own costs and fees, including attorney's fees.

Respectfully submitted this 29th day of October 2019.

| | |
|---|---|
| NICHOLAS A. TRUTANICH<br>United States Attorney<br><br> /s/ Mark E. Woolf          <br>MARK E. WOOLF<br>Assistant United States Attorney<br>*Attorneys for the United States* | PINTAR ALBISTON LLP<br><br><br> /s/ Becky A. Pintar          <br>BECKY A. PINTAR<br>*Attorney for Plaintiff* |

**ORDER**

Based on the parties' stipulation **[ECF No. 5]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　Dated: October 29, 2019